FILED

1
2
3
4
5
6
7

J. Andrew Coombs (SBN 123881)
andy@coombspc.com
Nicole Drey (SBN 250235)
nicole@coombspc.com
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Ave., Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile:  (818) 500-3201

Attorneys for Plaintiffs Sanrio, Inc.,
Disney Enterprises, Inc., Warner Bros.
Entertainment Inc. and DC Comics

2009 SEP 30  PM 3: 05

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY_____

8

9                    UNITED STATES DISTRICT COURT

10                   CENTRAL DISTRICT OF CALIFORNIA

11
12
13
14
15
16
17
18

Sanrio, Inc., Disney Enterprises, Inc.,
Warner Bros. Entertainment Inc. and DC
Comics,

                        Plaintiffs,

          v.

World Wide Watches, Inc., Ajaz Ramzan
a/k/a Ajaz Razman, Shaheroz Peredina
a/k/a Shaeroz Ramzan, and Does 1 – 10,
inclusive,

                        Defendants.

Case No. CV09. 07116 MRP (SSx)

COMPLAINT FOR COPYRIGHT
INFRINGEMENT; TRADEMARK
INFRINGEMENT; UNFAIR
COMPETITION; TRADEMARK
DILUTION; DECLARATORY
RELIEF

DEMAND FOR A JURY TRIAL

19

20        Plaintiffs Sanrio, Inc. ("Sanrio"), Disney Enterprises, Inc. ("Disney"), Warner

21   Bros. Entertainment Inc. ("Warner Bros.") and DC Comics (collectively "Plaintiffs")

22   for their Complaint allege as follows:

23                **Allegations Common to All Claims for Relief**

24   A.   **Jurisdiction and Venue**

25        1.    The claims for trademark infringement, unfair competition and

26   trademark dilution under the Lanham Trademark Act, as amended, 15 U.S.C., § 1051

27   *et seq.*, allege the unauthorized use in interstate commerce of famous and distinctive

28   marks, false designations of origin and trademark dilution.  The Court has

Sanrio, et al. v. World Wide Watches, et al.: Complaint          - 1 -

1    jurisdiction over the subject matter of these claims pursuant to 15 U.S.C. § 1121 and

2    28 U.S.C. § 1331 and § 1338. The cause of action for copyright infringement arises

3    pursuant to 17 U.S.C. § 101, *et seq*.  The Court has jurisdiction over the subject

4    matter pursuant to 28 U.S.C. § 1331 and § 1338(a).    The remaining causes of action

5    for unfair competition and trademark dilution under California state law and for a

6    constructive trust arise under the laws of the State of California.  The Court has

7    jurisdiction over these substantial and related claims pursuant to 28 U.S.C. § 1338

8    (b) and § 1367.

9         2.    Venue in the Central District of California is proper pursuant to 28

10   U.S.C. § 1391(b), § 1392 and § 1400(a).

11   **B.    Introduction**

12        3.    This case concerns the concerted, systematic and wholesale theft of

13   various world-famous intellectual properties owned by Plaintiffs.  Defendants are

14   engaged in the manufacture, importation, distribution, promotion, sale and offer for

15   sale of watches, keychains and other personal accessories, which incorporate

16   unauthorized likenesses of animated or live action characters or other logos owned

17   by Plaintiffs, including, but not necessarily limited to, Hello Kitty, Minnie Mouse,

18   Buzz Lightyear (from the motion picture *Toy Story*), Hannah Montana (from the

19   television series *Hannah Montana*), Jack Skellington (from the motion picture *Tim*

20   *Burton's The Nightmare Before Christmas*), Tweety Bird, and Superman

21   (collectively "Infringing Product").

22   **C.    Plaintiff Sanrio**

23        4.    Sanrio is a corporation, duly organized and existing under the laws of

24   California, having its principal place of business in South San Francisco.  Plaintiff

25   Sanrio is and, at all relevant times, has been, the exclusive U.S. licensee of Sanrio

26   Company, Ltd., a Japan corporation ("Sanrio Co.").  Plaintiff Sanrio is a wholly-

27   owned subsidiary of Sanrio Co.

28

5.     For more than forty years, Sanrio Co. has been engaged in the business of manufacturing, distributing and selling a wide range of products including, without limitation, character artwork created, developed and designed by Sanrio Co. for use by children and young adults.  Certain of the characters and designs have achieved such global fame and popularity that Sanrio Co. has produced and distributed television programming for children based on the character artwork.  One such television program is the animated television series entitled *Hello Kitty*.

6.     A significant source of revenue for Sanrio Co. is the merchandising and licensing of distinctive elements bearing character artwork, including Hello Kitty, Bad Badtz Maru, Chococat, KeroKeroKeroppi, Landy, Little Twin Stars, Monkichi, My Melody, Patty and Jimmy, Pekkle, Picke Bicke, Pochacco, Tuxedo Sam, Winkipinki and Zashikbuta (hereinafter individually and collectively referred to as the "Sanrio Co. Characters").

7.     The revenue from products using the Sanrio Co. Characters sold in the United States is substantial.  The appearance and other features of the Sanrio Co. Characters are inherently distinctive and serve to identify Sanrio as the source of products bearing the Sanrio Co. Characters.  The design, configuration and distinctive features of the Sanrio Co. Characters and other Sanrio Co. copyrighted works, and of works related thereto (hereinafter individually and collectively referred to as "Sanrio Co.'s Copyrighted Designs") are wholly original with Sanrio Co. and, as fixed in various tangible media, including, without limitation, merchandise, are copyrightable subject matter under the United States Copyright Act, 17 U.S.C., §§ 101 *et seq.*  Sanrio Co. is the owner of Sanrio Co.'s Copyrighted Designs and, as featured on and in connection with various merchandise, these designs constitute copyrightable subject matter under the Copyright Act of 1976, 17 U.S.C. §§ 101, *et seq.*

8.     Sanrio Co. has complied in all respects with the laws governing copyright and has secured the exclusive rights and privileges in and to the copyrights

1  to Sanrio Co.'s Copyrighted Designs, and Sanrio Co. owns one or more certificates

2  of registration for works in which each of Sanrio Co.'s Copyrighted Designs appear.

3  A representative list of copyright registrations for Sanrio Co.'s Copyrighted Designs

4  is attached hereto as Exhibit A.

5       9.    Products featuring Sanrio Co.'s Copyrighted Designs manufactured,

6  sold and distributed by Sanrio Co. or under its authority have been manufactured,

7  sold and distributed in conformity with the provisions of the copyright laws.  Sanrio

8  Co. and those acting under its authority have complied with their obligations under

9  the copyright laws and Sanrio Co. has at all times been and still is the sole proprietor

10 or otherwise authorized to enforce all right, title and interest in and to the copyrights

11 in each of Sanrio Co.'s Copyrighted Designs.

12      10.    Sanrio Co. owns all right, title and interest in and to and holds exclusive

13 right to develop, manufacture, market and sell products bearing the trademarks, trade

14 names, service marks, artwork, characters and other distinctive elements for and

15 incorporating the Sanrio Co. Characters in the United States.

16      11.    Sanrio Co. is the owner of world famous registered marks which serve

17 to distinguish Sanrio Co. products.  Some of those trademarks have been used

18 continuously for over twenty-five years.  Each year, Sanrio Co. spends millions of

19 dollars to develop and maintain the considerable good will it enjoys in its trademarks

20 and in its reputation for high quality.  A representative list of trademark registrations

21 for the Sanrio Co. Characters is attached hereto as Exhibit B (collectively "Sanrio

22 Co.'s Trademarks").

23      12.    Sanrio Co.'s Trademarks are all valid, extant and in full force and

24 effect.  Sanrio Co.'s Trademarks are all exclusively owned by Sanrio Co.  Sanrio

25 Co. has continuously used each of Sanrio Co.'s Trademarks from the registration

26 date, or earlier, until the present and at all times relevant to the claims alleged in this

27 Complaint.

28

13.    As a result of advertising and sales, together with longstanding consumer acceptance, Sanrio Co.'s Trademarks identify Sanrio Co.'s products and authorized sales of these products. Sanrio Co.'s Trademarks have each acquired secondary meaning in the minds of consumers throughout the United States and the world. The Sanrio Co. Characters, Sanrio Co.'s Copyrighted Designs and Sanrio Co.'s Trademarks are collectively referred to herein as "Sanrio Co.'s Properties."

**D.    Plaintiff Disney**

14.    Disney is a corporation duly organized and existing under the laws of the State of Delaware, having its principal place of business in Burbank, California.

15.    Disney or one of its affiliated companies is engaged in a variety of businesses including, without limitation, the operation of the Walt Disney World resort complex and the Disneyland resort, producing and distributing motion pictures and television programs, operating stores and hotels, publishing and selling books, computer software, records and tapes, and providing entertainment services.

16.    A significant aspect of Disney's business is the merchandising and licensing of distinctive elements associated with its motion picture and television programs. The distinctive elements licensed and/or merchandised by Disney include, but are not limited to, the world-famous characters featured in numerous animated short films, feature length motion pictures and television programs produced over a period of more than seventy years, including, but not limited to, Minnie Mouse, Buzz Lightyear (from the motion picture *Toy Story*), Hannah Montana (from the television series *Hannah Montana* and related motion pictures) and Jack Skellington (from the motion picture *Tim Burton's The Nightmare Before Christmas*) (hereinafter individually and collectively referred to as the "Disney Characters").

17.    The revenue from products sold in the United States which use the Disney Characters is substantial. The appearance and other features of the Disney Characters are inherently distinctive and serve to identify Disney and its licensees as

1    the source of products bearing the Disney Characters.  The design, configuration and

2    distinctive features of the Disney Characters and other Disney copyrighted works,

3    and of works related thereto (hereinafter individually and collectively referred to as

4    "Disney's Copyrighted Designs"), are wholly original with Disney and, as fixed in

5    various tangible media, including merchandise, are copyrightable subject matter

6    under the United States Copyright Act, 17 U.S.C., Sections 101, *et seq*.  Disney is

7    the owner of Disney's Copyrighted Designs and, as featured on in connection with

8    various merchandise, constitute copyrightable subject matter under the Copyright

9    Act of 1976, 17 U.S.C. § 101, *et seq*.

10        18.    Disney, and its predecessors in interest, including Walter E. Disney,

11   have complied in all respects with the laws governing copyright and have secured the

12   exclusive rights and privileges in and to the copyrights to Disney's Copyrighted

13   Designs, and Disney owns one or more certificates of registration for works in which

14   each of Disney's Copyrighted Designs appear.  A representative list of copyright

15   registrations for Disney's Copyrighted Designs is attached hereto as Exhibit C.

16        19.    Products featuring Disney's Copyrighted Designs which are

17   manufactured, sold and distributed by Disney or under its authority have been

18   manufactured, sold and distributed in conformity with the provisions of the copyright

19   laws.  Disney and those acting under its authority have complied with their

20   obligations under the copyright laws, and Disney, in its own right or as successor-in-

21   interest, has at all times been and still is the sole proprietor or otherwise authorized

22   to enforce all right, title and interest in and to the copyrights in each of Disney's

23   Copyrighted Designs.

24        20.    Disney is the owner of world famous registered marks which serve to

25   distinguish Disney products ("Disney's Trademarks").  Some of those trademarks

26   have been used continuously for over seventy years.  Each year Disney spends

27   millions of dollars to develop and maintain the considerable goodwill it enjoys in its

28

1    trademarks and in its reputation for high quality.  A representative list of trademark

2    registrations for Disney's Trademarks is attached hereto as Exhibit D.

3        21.    Disney's Trademarks are all valid, extant and in full force and effect.

4    Disney's Trademarks are all exclusively owned by Disney.  Disney has continuously

5    used each of Disney's Trademarks from the registration date, or earlier, until the

6    present and at all times relevant to the claims alleged in this Complaint.

7        22.    As a result of advertising and sales, together with longstanding

8    consumer acceptance, Disney's Trademarks identify Disney's products and

9    authorized sales of these products.  Disney's Trademarks have each acquired

10   secondary meaning in the minds of consumers throughout the United States and the

11   world.  The Disney Characters, Disney's Copyrighted Designs and Disney's

12   Trademarks are collectively referred to herein as "Disney's Properties."

13   **E.    Plaintiff Warner Bros.**

14       23.    Warner Bros. is a corporation duly organized and existing under the

15   laws of the State of Delaware, having its principal place of business in Burbank,

16   California.  Warner Bros., or one of its wholly-owned subsidiaries, is engaged in a

17   variety of businesses including, without limitation, the production, distribution and

18   broadcast of filmed entertainment, including motion pictures and television

19   programming.

20       24.    A significant aspect of Warner Bros.' business is the merchandising and

21   licensing of distinctive trademarks and copyrights associated with its media product,

22   specifically including the *Looney Tunes* animated shorts.  The distinctive trademarks

23   and copyrights licensed and/or merchandised by Warner Bros. include, but are not

24   limited to, the world-famous characters featured in such programming and films,

25   specifically including the character Tweety Bird (hereinafter individually and

26   collectively referred to as the "Warner Bros. Characters").

27       25.    The revenue from products sold in the United States which use the

28   Warner Bros. Characters is substantial.  The appearance and other features of the

1    Warner Bros. Characters are inherently distinctive and serve to identify Warner Bros.

2    and its licensees as the source of products bearing the Warner Bros. Characters. The

3    design, configuration and distinctive features of the Warner Bros. Characters and

4    other Warner Bros. copyrighted works, and of works related thereto (hereinafter

5    individually and collectively referred to as "Warner Bros.' Copyrighted Designs")

6    are wholly original with Warner Bros. and, as fixed in various tangible media,

7    including merchandise, are copyrightable subject matter under the United States

8    Copyright Act, 17 U.S.C., §§ 101, et seq. Warner Bros. is the owner of Warner

9    Bros.' Copyrighted Designs and, as featured on in connection with various

10   merchandise, constitute copyrightable subject matter under the Copyright Act of

11   1976, 17 U.S.C. §§ 101, et seq.

12        26.    Warner Bros. has complied in all respects with the laws governing

13   copyright and has secured the exclusive rights and privileges in and to the copyrights

14   to Warner Bros.' Copyrighted Designs, and Warner Bros. owns one or more

15   certificates of registration for works in which each of Warner Bros.' Copyrighted

16   Designs appear. A representative list of copyright registrations for Warner Bros.'

17   Copyrighted Designs is attached hereto as Exhibit E.

18        27.    Warner Bros. and those acting under its authority have complied with

19   their obligations under the copyright laws, and Warner Bros. has at all times been

20   and still is the sole proprietor or otherwise authorized to enforce all right, title and

21   interest in and to the copyrights in each of Warner Bros.' Copyrighted Designs.

22        28.    Warner Bros. is the owner of world famous registered marks which

23   serve to distinguish Warner Bros. products. Each year Warner Bros. spends millions

24   of dollars to develop and maintain the considerable goodwill it enjoys in its

25   trademarks and in its reputation for high quality. A representative list of trademark

26   registrations for the Warner Bros. Characters is attached hereto as Exhibit F

27   (collectively the "Warner Bros. Trademarks").

28

29.     The Warner Bros. Trademarks are all valid, extant and in full force and effect.  Warner Bros. Trademarks are all exclusively owned by Warner Bros. Warner Bros. has continuously used each of the Warner Bros. Trademarks from the registration date, or earlier, until the present and at all times relevant to the claims alleged in this Complaint.

30.     As a result of advertising and sales, together with longstanding consumer acceptance, the Warner Bros. Trademarks identify Warner Bros.' products and authorized sales of these products.  The Warner Bros. Trademarks have each acquired secondary meaning in the minds of consumers throughout the United States and the world.  The Warner Bros. Characters, Copyrighted Designs and Trademarks are collectively referred to herein as the "Warner Bros. Properties."

**F.     Plaintiff DC Comics**

31.     DC Comics is a New York General Partnership consisting of E.C. Publications, Inc. and Warner Communications Inc., having its principal place of business in New York, New York.  DC is engaged in the business of publishing comic magazines and is among the most well-known and successful publishers of comic magazines in the world.

32.     A significant aspect of DC Comics' business is the merchandising and licensing of distinctive trademarks and copyrights associated with its highly successful and well-known characters "Batman," "Superman," "Swamp Thing," "Wonder Woman" and "The Flash (hereinafter individually and collectively referred to as the "DC Characters").  Of these, two of the most successful have been Batman and Superman.

33.     Batman first appeared in the May 1939 issue of "Detective Comics." Numerous related characters, including "Robin," "The Riddler," "Two Face," "Catwoman," "The Penguin" and "The Joker" as well as other popular characters associated with Batman were soon introduced to the public.  (Batman and the related characters are hereinafter collectively referred to as the "Batman Characters").

1    Superman appeared at least as early as 1938.  Numerous related characters, including

2    "Clark Kent," "Lois Lane," and "Lex Luthor" as well as other popular characters

3    associated with Superman were soon introduced to the public.  (Superman and the

4    related characters are hereinafter collectively referred to as the "Superman

5    Characters").

6         34.    Since their introductions, the Batman and Superman Characters have

7    been featured in many formats including movie serials, newspaper comic strips,

8    radio shows, animated television series, live action television series, animated

9    motion pictures, live action motion picture and theatrical presentations, among

10   others.  Television series featuring the Batman and Superman Characters have since

11   been in continuous television syndication in the United States and abroad from 1966

12   through the present.  These appearances have expanded the popularity of the Batman

13   and Superman Characters beyond the comic book medium and market.

14        35.    The Batman Characters have also been featured in numerous theatrical

15   motion pictures since their introduction.  The most recent motion picture featuring

16   the Batman Characters, "The Dark Knight," was released on July 18, 2008, and has

17   generated over $530 million dollars in domestic box office receipts and over $465

18   million dollars in international box office receipts.  Other motion pictures include

19   "Batman," "Batman Returns," "Batman Forever," and have resulted in domestic

20   gross box office in the millions of dollars, not to mention additional revenues from

21   syndication rights and home video distribution.  "Batman" proved to be among the

22   most successful licensing and merchandising ventures of all time, with gross retail

23   sales of associated licensed merchandise exceeding $1,000,000,000.

24        36.    The Superman Characters have also appeared in numerous theatrical

25   motion pictures since their introduction.  The most recent motion picture featuring

26   the Superman Characters, *Superman Returns*, was released on June 28, 2006, and has

27   generated over $167 million dollars in domestic box office receipts and over $77

28   million dollars in international box office receipts.  The Superman Characters have

also been featured in numerous other theatrical motion pictures, including a series of four motion pictures starring Christopher Reeve. Such motion pictures include *Superman*, *Superman II*, *Superman III*, and *Superman IV The Quest for Peace*; and have collectively generated over $319 million dollars in domestic box office receipts and over $251 million dollars in international box office receipts.

37.    The revenue from products using the DC Characters sold in the United States is substantial. The appearance and other features of the DC Characters are inherently distinctive and serve to identify DC Comics and its licensees as the source of products bearing the DC Characters. The design, configuration and distinctive features of the DC Characters and other DC Comics' copyrighted works, and of works related thereto (hereinafter individually and collectively referred to as the "DC Comics' Copyrighted Designs") are wholly original with DC Comics and, as fixed in various tangible media, including, without limitation, merchandise, are copyrightable subject matter under the United States Copyright Act, 17 U.S.C., §§ 101, et seq. DC Comics is the owner of the DC Copyrighted Designs and, as featured on in connection with various merchandise, these designs constitute copyrightable subject matter under the Copyright Act of 1976, 17 U.S.C. §§ 101, et seq.

38.    DC Comics has complied in all respects with the laws governing copyright and has secured the exclusive rights and privileges in and to the copyrights to the DC Comics' Copyrighted Designs, and DC Comics owns one or more certificates of registration for works in which each of the DC Comics' Copyrighted Designs appear. A representative list of copyright registrations for the DC Comics' Copyrighted Designs is attached as Exhibit G.

39.    Products featuring the DC Comics' Copyrighted Designs manufactured, sold and distributed by DC Comics or under its authority have been manufactured, sold and distributed in conformity with the provisions of the copyright laws. DC Comics and those acting under its authority have complied with their obligations under the copyright laws and DC Comics has at all times been and still is the sole

1   proprietor or otherwise authorized to enforce all right, title and interest in and to the

2   copyrights in each of the DC Comics' Copyrighted Designs.

3       40.   DC Comics owns all right, title and interest in and to and holds

4   exclusive right to develop, manufacture, market and sell product bearing the

5   trademarks, trade names, service marks, artwork, characters and other distinctive

6   elements for and incorporating the DC Characters.

7       41.   DC Comics is the owner of world famous registered marks which serve

8   to distinguish DC products.  Each year DC Comics spends millions of dollars to

9   develop and maintain the considerable good will it enjoys in its trademarks and in its

10  reputation for high quality.  A representative list of trademark registrations for the

11  DC Characters is attached as Exhibit H (collectively the "DC Comics' Trademarks"),

12  including, but not limited to, the trademark registration of the Superman "S" device

13  depicted below:



19      42.   The DC Comics' Trademarks are all valid, extant and in full force and

20  effect.  The DC Comics' Trademarks are all exclusively owned by DC Comics.  DC

21  Comics has continuously used each of the DC Comics Trademarks from the

22  registration date, or earlier, until the present and at all times relevant to the claims

23  alleged in this Complaint.

24      43.   DC has granted and transferred to its related companies, Warner Bros.

25  Consumer Products Inc., Warner Bros. Home Entertainment and WB Studio

26  Enterprises Inc., subsidiaries of Warner Bros., the right to supervise in the United

27  States the merchandising and licensing of the copyrighted elements, trademarks,

28

1    trade names and service marks incorporated in or associated with the DC Characters.

2    Currently, Plaintiffs have numerous active license agreements in the United States.

3    These agreements provide for the authorized use of the DC Characters on products

4    and in connection with services, including watches, key chains and other personal

5    accessories, among others.

6           44.    As a result of advertising and sales, together with longstanding

7    consumer acceptance, the DC Comics' Trademarks identify DC Comics' products

8    and authorized sales of these products.  The DC Comics' Trademarks have each

9    acquired secondary meaning in the minds of consumers throughout the United States

10   and the world.  The DC Comics' Copyrighted Designs and the DC Comics'

11   Trademarks are collectively referred to herein as the "DC Comics' Properties."

12          45.    Sanrio Co.'s Copyrighted Designs, Disney's Copyrighted Designs,

13   Warner Bros.' Copyrighted Designs and DC Comics' Copyrighted Designs are

14   collectively referred to herein as "Plaintiffs' Copyrighted Designs."  Sanrio Co.'s

15   Trademarks, Disney's Trademarks, the Warner Bros. Trademarks and DC Comics'

16   Trademarks are collectively referred to herein as "Plaintiffs' Trademarks."

17   Plaintiffs' Copyrighted Designs and Plaintiffs' Trademarks are collectively referred

18   to herein as "Plaintiffs' Properties."

19   **G.    Defendants**

20          46.    Defendant World Wide Watches, Inc. ("WWW") is a California

21   corporation with its principal place of business in the city of Los Angeles, California.

22   WWW is subject to the jurisdiction of this Court and is manufacturing, promoting,

23   distributing, advertising and selling merchandise which infringes Plaintiffs'

24   Properties within this judicial district.

25          47.    Defendant Ajaz Ramzan a/k/a Ajaz Razman ("Ramzan") is an

26   individual and a resident of the County of Los Angeles and State of California.

27   Plaintiffs are informed and believe, and upon that basis allege, that Ramzan does

28   business as WWW in the City of Los Angeles, California.  Plaintiffs are further

1   informed and believe, and based thereon allege, that Ramzan had the right and ability

2   to supervise or control the infringing activity alleged herein and that he had a direct

3   financial interest in such activity.  In addition or alternatively, Defendant Ramzan

4   had knowledge or reason to know of the infringing activity and took actions which

5   contributed to such activity.

6       48.    Defendant Shaheroz Peredina a/k/a Shaeroz Ramzan ("Peredina") is an

7   individual and a resident of the County of Los Angeles and State of California.

8   Plaintiffs are informed and believe, and upon that basis allege, that Peredina does

9   business as WWW in the City of Los Angeles, California.  Plaintiffs are further

10  informed and believe, and based thereon allege, that Peredina had the right and

11  ability to supervise or control the infringing activity alleged herein and that he had a

12  direct financial interest in such activity.  In addition or alternatively, Defendant

13  Peredina had knowledge or reason to know of the infringing activity and took actions

14  which contributed to such activity.

15      49.    Upon information and belief, Does 1 – 10 are either entities or

16  individuals who are residents of or present in this judicial district, and are subject to

17  the jurisdiction of this Court.  Upon information and belief, Does 1 – 10 are

18  principals or supervisory employees of the named defendants, suppliers of the named

19  defendants or other entities or individuals who are manufacturing, distributing,

20  selling and/or offering for sale merchandise in this judicial district which infringes

21  some or all of Plaintiffs' Properties.  The identities of the various Does are unknown

22  to Plaintiffs at this time.  The Complaint will be amended to include the names of

23  such individuals when identified.  The named defendants and Does 1 – 10 are

24  collectively referred to herein as "Defendants."

25  **H.     Defendants' Infringing Activities**

26      50.    Upon information and belief, long after Plaintiffs' adoption and use of

27  Plaintiffs' Properties on a diverse range of goods, and after Plaintiffs obtained the

28  copyright and trademark registrations alleged above, Defendants adopted and used

substantially identical likenesses of Plaintiffs' Properties on Infringing Product, without Plaintiffs' consent, by manufacturing, importing, advertising, displaying, distributing, selling and/or offering to sell the Infringing Product. Defendants have caused the Infringing Product to enter into commerce and to be transported or used in commerce. Defendants are not licensed by Plaintiffs and at all relevant times were not authorized by Plaintiffs, or each of them, or any authorized agent of Plaintiffs to manufacture, import, distribute, sell and/or offer for sale the Infringing Product. Defendants are currently engaged in such uses and, unless enjoined by this Court, will continue such unauthorized uses.

51.   By engaging in this conduct, Defendants have acted in willful disregard of laws protecting Plaintiffs' goodwill and related proprietary rights and have confused and deceived, or threaten to confuse and deceive, the consuming public concerning the source and sponsorship of the products. By their wrongful conduct, Defendants have traded upon and diminished the Plaintiffs' goodwill.

## FIRST CLAIM FOR RELIEF

### (For Copyright Infringement)

52.   Plaintiffs repeat and reallege all of the allegations contained in paragraphs 1 through 51, inclusive, as though set forth herein in full.

53.   Plaintiffs are informed and believe, and upon that basis allege, that the Defendants have each obtained gains, profits and advantages as a result of their infringing acts in amounts within the jurisdiction of the Court.

54.   Plaintiffs are informed and believe, and upon that basis allege, that they have suffered and continue to suffer direct and actual damages as result of Defendants' infringing conduct as alleged herein, in amounts within the jurisdiction of this Court. In order to determine the full extent of such damages, including such profits as may be recoverable under 17 U.S.C. § 504, Plaintiffs will require an accounting from each Defendant of all monies generated from the manufacture, importation, distribution and/or sale of the Infringing Product as alleged herein. In

the alternative, Plaintiffs may elect to recover for each of their respective copyrighted works infringed, statutory damages pursuant to 17 U.S.C. § 504(c).

55.     Plaintiffs have no other adequate remedy at law and have suffered and continue to suffer irreparable harm and damage as a result of the above-described acts.  Plaintiffs are informed and believe, and upon that basis allege, that, unless enjoined by the Court, the unlawful infringement by Defendants of Plaintiffs' Properties will continue with irreparable harm and damage to Plaintiffs, and each of them.  Accordingly, Plaintiffs seek and request permanent injunctive relief pursuant to 17 U.S.C § 502.

56.     By reason of the foregoing, Plaintiffs have incurred and will continue to incur attorneys' fees and other costs in connection with the prosecution of their claims herein, which attorneys' fees and costs Plaintiffs are entitled to recover from the Defendants, and each of them, pursuant to 17 U.S.C. § 505.

### SECOND CLAIM FOR RELIEF

### (For Trademark Infringement)

57.     Plaintiffs repeat and reallege all of the allegations contained in paragraphs 1 through 56, inclusive, as though set forth herein in full.

58.     Defendants' manufacture, importation, advertisement, display, promotion, marketing, distribution, sale and/or offer for sale of the Infringing Product is likely to cause confusion or to cause mistake or to deceive the relevant public and trade regarding the affiliation, sponsorship, endorsement or approval of the Infringing Product by Plaintiffs, or each of them.  Such confusion, mistake and deception is aggravated by the confusing similarity between Plaintiffs' Properties and the use of substantially identical likenesses on the Infringing Product in the same type of goods made, imported and sold by or under authority of Plaintiffs, and each of them.

59.     Plaintiffs are informed and believe and, upon that basis allege, that Defendants, and each of them, acted with knowledge of the federally registered

trademarks alleged herein and of the valuable goodwill Plaintiffs enjoy in connection therewith, with intent to confuse, mislead and deceive the public into believing that the Infringing Product was made, imported and sold by Plaintiffs, or each of them, or are in some other manner, approved or endorsed by Plaintiffs, or each of them.

60.     Plaintiffs have suffered and continue to suffer irreparable harm and damage as a result of Defendants' acts of trademark infringement in amounts thus far not determined but within the jurisdiction of this Court, which amounts should each be trebled pursuant to 15 U.S.C. § 1117.  In order to determine the full extent of such damages, including such profits as may be recoverable under 15 U.S.C. § 1117, Plaintiffs will require an accounting from each Defendant of all monies generated from the manufacture, importation, distribution and/or sale of the Infringing Product as alleged herein.  In the alternative, Plaintiffs may elect to recover statutory damages pursuant to 15 U.S.C. § 1117(c).

61.     Plaintiffs have no other adequate remedy at law and have suffered and continue to suffer irreparable harm and damage as a result of the above-described acts of infringement.  Plaintiffs are informed and believe, and upon that basis allege, that, unless enjoined by the Court, the unlawful infringement will continue with irreparable harm and damage to Plaintiffs, and each of them.  Accordingly, Plaintiffs seek and request preliminary and permanent injunctive relief pursuant to 15 U.S.C § 1116.

62.     By reason of the foregoing, Plaintiffs have incurred and will continue to incur attorneys' fees and other costs in connection with the prosecution of their claims herein, which attorneys' fees and costs Plaintiffs are entitled to recover from Defendants, and each of them, pursuant to 15 U.S.C. § 1117(c).

### THIRD CLAIM FOR RELIEF

### (For Unfair Competition)

63.     Plaintiffs repeat and reallege all of the allegations contained in paragraphs 1 through 62, inclusive, as though set forth herein in full.

64.     Plaintiffs own all rights, title and interest in and to the trademarks, trade names, service marks, artwork, characters and other distinctive elements for and incorporating Plaintiffs' Properties.

65.     Plaintiffs' Properties have each acquired a secondary and distinctive meaning among the public, which has come to identify Plaintiffs, and each of them, through various media, including films, books, television, theme parks, magazines and other sources, and through the distribution and sale of authorized merchandise, and the distinctive features of each of, as designating products associated with Plaintiffs.  As a result of the extensive advertising, media exposure, sales and public recognition of Plaintiffs' Properties, combined with the positive experiences of the public in its relationship with Plaintiffs, and each of them, Plaintiffs' Properties are each symbolic of Plaintiffs, and each of them, and representative of the image which the public has of Plaintiffs, and each of them.

66.     Plaintiffs are informed and believe, and upon that basis allege, that Defendants, and each of them, have, without permission, authority or license from Plaintiffs, and each of them, or its licensees, affixed, applied and/or used in connection with the manufacture, importation, advertisement, display, promotion, marketing, distribution, sale and/or offer for sale, false descriptions and representations including words or other symbols which tend falsely to describe or represent such goods as Plaintiffs and/or affiliated with Plaintiffs, and each of them, and have caused the entry of such goods into interstate commerce with full knowledge of the falsity of such designations of origin and such descriptions and representations, all to the detriment of Plaintiffs.  Defendants, and each of them, by misappropriating and using one or more of Plaintiffs' Properties, have misrepresented and falsely described to the general public the origin, source, association, affiliation or sponsorship of their goods so as to create the likelihood of confusion by the ultimate purchaser as to both the source and sponsorship of said goods.

67.    Plaintiffs are informed and believe, and upon that basis allege, that the Infringing Product being manufactured, imported, advertised, marketed, displayed, distributed, sold and/or offered for sale by Defendants, and each of them, are of inferior quality and that the sale and/or offer for sale thereof will be damaging to and dilute the goodwill and reputation of Plaintiffs, and each of them.

68.    Defendants' acts and conduct, as alleged herein, including, without limitation, the Defendants' duplication and imitation of Plaintiffs' Properties, are business practices likely to deceive or confuse the purchasing public and trade upon Plaintiffs' reputations, both as to the source, origin, sponsorship and approval of the goods provided and as to the affiliation, connection or association of Defendants, and each of them, with Plaintiffs and constitute acts of unfair competition, false designation of origin and false representation of affiliation, all in violation of 15 U.S.C. § 1125(a).  Plaintiffs are informed and believe, and upon that basis allege, that each of Defendants' respective acts of reputation appropriation and unfair competition was willful.

69.    Plaintiffs have no adequate remedy at law and have each suffered and continue to suffer irreparable harm and damage as a result of Defendants' respective acts of unfair competition in amounts thus far not determined but within the jurisdiction of this Court, which amounts should each be trebled pursuant to 15 U.S.C. § 1117.

70.    Plaintiffs are informed and believe, and upon that basis allege, that unless enjoined by the Court the confusion and deception alleged above and the likelihood thereof will continue with irreparable harm and damage to Plaintiffs, and each of them.  Accordingly, Plaintiffs seek and request preliminary and permanent injunctive relief pursuant to 15 U.S.C. § 1116.

71.    Plaintiffs are informed and believe, and upon that basis allege, that Defendants have each obtained gains, profits and advantages as a result of their wrongful acts of unfair competition in amounts not thus far determined but within

the jurisdiction of this Court, which amounts should each be trebled, pursuant to 15 U.S.C. § 1117.

72.    In order to determine the full extent of such damages, including such profits as may be recoverable, Plaintiffs require an accounting from each Defendant of all monies generated from the manufacture, importation, distribution and/or sale of the Infringing Product.

73.    By reason of the foregoing, Plaintiffs have incurred and will continue to incur attorneys' fees and other costs in connection with the prosecution of their claims herein, which attorneys' fees and costs Plaintiffs are entitled to recover from the Defendants, and each of them, pursuant to 15 U.S.C. § 1117.

## FOURTH CLAIM FOR RELIEF

### (For Trademark Dilution)

74.    Plaintiffs repeat and reallege all of the allegations contained in paragraphs 1 through 73, inclusive, as though set forth in full herein.

75.    The extensive advertising, media exposure, sales and public recognition of Plaintiffs' Properties, combined with the positive experiences of the public in its relationship with Plaintiffs, and each of them, have made Plaintiffs' Properties each famous and distinctive marks that are symbolic of Plaintiffs, and each of them, and representative of the image the public has of Plaintiffs, and each of them.

76.    Plaintiffs' Properties are extraordinarily famous and well known throughout the United States and elsewhere, having been used extensively by Plaintiffs, and each of them.  By reason of Plaintiffs' extensive use of Plaintiffs' Properties, each has become highly distinctive of Plaintiffs' goods and services and is uniquely and exclusively associated with Plaintiffs, and each of them.  Plaintiffs' Properties are famous marks within the purview of Section 43(c) of the Lanham Act, 15 U.S.C. § 1125(c).

77.    Defendants' acts and conduct, as alleged herein, including Defendants' use of Plaintiffs' Trademarks on and in connection with the manufacture,

importation, advertisement, display, distribution, sale and/or offer for sale of the Infringing Product are commercial business practices which trade on Plaintiffs' reputations and cause dilution of one or more of each of the famous, distinctive and pre-existing Trademarks, by lessening the capacity of these marks to exclusively identify and to distinguish Plaintiffs, and each of them, and their goods and services, and constitute dilution, all in violation of Section 43(c) of the Lanham Act, 15 U.S.C. § 1125(c).  Plaintiffs are informed and believe, and upon that basis allege, that each of Defendants' acts of trademark dilution and reputational appropriation was willful and that each Defendant willfully intended to reap the benefit of Plaintiffs' goodwill, trade upon Plaintiffs' reputations and/or dilute the distinctiveness of one or more of Plaintiffs' famous and distinctive trademarks.

78.     Plaintiffs are informed and believe, and upon that basis allege, that unless enjoined by the Court, Defendants' unlawful and unauthorized acts in violation of Section 43(c) of the Lanham Act will continue to case dilution of one or more of Plaintiffs' Properties with the corresponding irreparable harm and damage to Plaintiffs, and each of them.  Accordingly, Plaintiffs seek preliminary and permanent injunctive relief pursuant to 15 U.S.C. § 1116.

79.     Plaintiffs have no adequate remedy at law and have suffered and continue to suffer irreparable harm and damage as a result of Defendants' acts of trademark dilution in amounts thus far not determined, but within the jurisdiction of this Court, which amounts should be trebled pursuant to 15 U.S.C. § 1116.

80.     Plaintiffs are informed and believe, and upon that basis allege, that Defendants have each obtained gains, profits and advantages as a result of their wrongful acts of trademark dilution in amounts thus far not determined but within the jurisdiction of this Court, which amounts should be trebled pursuant to 15 U.S.C. § 1117.

81.     In order to determine the full extent of such damages, including such profits as may be recoverable, Plaintiffs will require an accounting from each

1   Defendant of all monies generated from the manufacture, importation, distribution

2   and/or sale of the diluting items alleged herein.

3       82.    By reason of the foregoing, Plaintiffs have incurred and will continue to

4   incur attorneys' fees and other costs in connection with the prosecution of their

5   claims herein, which attorneys' fees and costs Plaintiffs are entitled to recover from

6   Defendants, and each of them, pursuant to 15 U.S.C. § 1117.

7                        **FIFTH CLAIM FOR RELIEF**

8                     **(For State Law Unfair Competition)**

9       83.    Plaintiffs repeat and reallege all the allegations contained in paragraphs

10  1 though 82, inclusive, as though set forth herein in full.

11      84.    As alleged above, each of Plaintiffs' Properties has acquired secondary

12  meaning indicative of origin, relationship, sponsorship and/or association with

13  Plaintiffs, and each of them.  The purchasing public is likely to attribute to Plaintiffs,

14  and each of them, the use by Defendants and/or their customers, of one or more of

15  Plaintiffs' Properties, as a source of origin, authorization and/or sponsorship for

16  Defendants and/or their customers' goods and therefore to purchase such goods

17  based upon that erroneous belief.

18      85.    Plaintiffs are informed and believe, and upon that basis allege, that

19  Defendants, and each of them, have intentionally appropriated one or more of

20  Plaintiffs' Properties with the intent of causing confusion, mistake and deception as

21  to the source of their and/or their third party wholesale customers' goods and with

22  the intent to palm off such goods as those of Plaintiffs, and each of them, and, as

23  such, Defendants have each committed trademark infringement, misleading

24  advertising and unfair competition, all in violation of the California Unfair Business

25  Practices Act, Cal. Bus. & Prof. Code, § 17200, *et seq*.

26      86.    Plaintiffs have no adequate remedy at law and have suffered and

27  continue to suffer irreparable harm and damage as a result of each of Defendants'

28  acts in an amount thus far not determined but within the jurisdiction of this Court.

87.     Plaintiffs are informed and believe, and upon that basis allege, that unless enjoined by the Court, the confusion and deception alleged herein and the likelihood thereof will continue with irreparable harm and damage to Plaintiffs, and each of them.

88.     Plaintiffs are informed and believe, and upon that basis allege, that Defendants have each unlawfully and wrongfully derived and will continue to derive income, gains, profits and advantages as a result of their wrongful acts of unfair competition, in amounts thus far not determined but within the jurisdiction of this Court. Plaintiffs are informed and believe, and upon that basis allege, that they have lost and will continue to lose profits and goodwill as a result of Defendants' conduct.

89.     By reason of the foregoing acts of unfair competition, Plaintiffs are entitled to restitution from each Defendant of all income, gains, profits and advantages resulting from their wrongful conduct in amounts to be determined according to proof at trial.

90.     In order to determine the full extent of such damages, including such profits as may be recoverable, Plaintiffs will require an accounting from each Defendant of all monies generated from the manufacture, importation, distribution and/or sale of the Infringing Product.

91.     Plaintiffs are informed and believe, and upon that basis allege, that Defendants, and each of them, committed the acts alleged herein intentionally, fraudulently, maliciously, willfully, wantonly and oppressively, with intent to injure Plaintiffs in their business and with conscious disregard for Plaintiffs' rights, thereby justifying awards of punitive and exemplary damages against each Defendant in amounts sufficient to punish each Defendant and to set an example for others.

## SIXTH CLAIM FOR RELIEF

### (State Law Trademark Dilution)

92.     Plaintiffs repeat and reallege all of the allegations contained in paragraphs 1 through 91, inclusive, as though set forth herein in full.

93.     Plaintiffs have used Plaintiffs' Properties to identify themselves, and each of them, and their goods and services.  Defendants' use of Plaintiffs' Properties to identify themselves and their products has diluted and will continue to dilute the distinctive quality of Plaintiffs' Properties in violation of § 14245, *et seq.* of the California Business and Professions Code.

94.     Defendants' acts as alleged herein have damaged and will continue to irreparably damage Plaintiffs.  Plaintiffs have no adequate remedy at law for such wrongs and injuries.  The damage to Plaintiffs includes harm to its goodwill and reputation that money cannot adequately compensate.  Plaintiffs therefore are entitled to a preliminary and permanent injunction enjoining Defendants' commercial use of Plaintiffs' Properties.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs demand:

A.     That Defendants, their agents, servants, employees, representatives, successor and assigns, and all persons, firms, corporations or other entities in active concert or participation with any of said Defendants, be immediately and permanently enjoined from:

1.     Directly or indirectly infringing Plaintiffs' Properties in any manner, including generally, but not limited to, manufacture, importation, distribution, advertising, selling and/or offering for sale any merchandise which infringes the said Plaintiffs' Properties, and, specifically:

2.     Importing, manufacturing, distributing, advertising, selling and/or offering for sale the Infringing Product or any other unauthorized products which picture, reproduce, copy or use the likenesses of or bear a confusing and/or substantial similarity to any of Plaintiffs' Properties;

3.     Importing, manufacturing, distributing, advertising, selling and/or offering for sale in connection thereto any unauthorized promotional materials, labels, packaging or containers which picture, reproduce, copy or use the

likenesses of or bear a confusing and/or substantial similarity to any of Plaintiffs' Properties;

4.     Engaging in any conduct that tends falsely to represent that, or is likely to confuse, mislead or deceive purchasers, Defendants' customers and/or members of the public to believe the actions of Defendants, the products sold by Defendants, or Defendants themselves are connected with Plaintiffs, are sponsored, approved or licensed by Plaintiffs or are in some way affiliated with Plaintiffs;

5.     Affixing, applying, annexing or using in connection with the importation, manufacture, distribution, advertising, sale and/or offer for sale or other use of any goods or services, a false description or representation, including words or other symbols, tending to falsely describe or represent such goods as being those of Plaintiffs;

6.     Otherwise competing unfairly with Plaintiffs in any manner;

7.     Destroying or otherwise disposing of

a.     Merchandise falsely bearing Plaintiffs' Properties;

b.     Any other products which picture, reproduce, copy or use the likenesses of  or bear a substantial similarity to any of Plaintiffs' Properties;

c.     Any labels, packages, wrappers, containers or any other unauthorized promotion or advertising material item which reproduces, copies, counterfeits, imitates or bears any of Plaintiffs' Properties;

d.     Any molds, screens, patterns, plates, negatives or other elements used for making or manufacturing products bearing Plaintiffs' Properties;

e.     Any sales and supply or customer journals, ledgers, invoices, purchase orders, inventory control documents, bank records,

catalogs and all other business records, believed to concern the
manufacture, purchase, advertising, sale or offering for sale of the
Infringing Product;

B.     That Plaintiffs, and each of them, and their designees are authorized to
seize the following items which are in Defendants' possession, custody or control:

1.     All unauthorized products bearing Plaintiffs' Properties, or
likenesses thereof;

2.     Any other unauthorized products which reproduce, copy,
counterfeit, imitate or bear any of Plaintiffs' Properties or which picture,
reproduce, copy or use the likeness of or bear a substantial similarity to
Plaintiffs' Properties;

3.     Any labels, packages, wrappers, containers and any other
unauthorized promotional or advertising material which reproduce, copy,
counterfeit, imitate or bear any of Plaintiffs' Properties or which picture,
reproduce, copy or use the likeness of or bear a substantial similarity to
Plaintiffs' Properties;

4.     Any molds, screens, patterns, plates, negatives, machinery or
equipment used for making or manufacturing the Infringing Product or
unauthorized items which bear Plaintiffs' Properties or which bear a
substantial similarity to any of Plaintiffs' Properties.

C.     That those Defendants infringing upon Plaintiffs' Properties be required
to pay actual damages increased to the maximum extent permitted by law and/or
statutory damages at Plaintiffs' election;

D.     That actual damages be trebled pursuant to 15 U.S.C. § 1117;

E.     That Defendants account for and pay over to Plaintiffs all damages
sustained by Plaintiffs, and each of them, and profits realized by Defendants by
reason of Defendants' unlawful acts herein alleged and that those profits be
increased as provided by law;

1        F.    That Plaintiffs recover from Defendants their costs of this action and

2   reasonable attorneys' fees; and

3        G.    That Plaintiffs have all other and further relief as the Court may deem

4   just and proper under the circumstances.

5

6   Dated:  September 29, 2009      J. Andrew Coombs, A Professional Corp.

7

8               By:  J. Andrew Coombs

9                  Nicole L. Drey

10              Attorneys for Plaintiffs Sanrio, Inc., Disney Enterprises, Inc., Warner Bros. Entertainment Inc. and DC Comics

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Sanrio, et al. v. World Wide Watches, et al.: Complaint     - 27 -

1

## DEMAND FOR JURY TRIAL

2       Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiffs Sanrio, Inc.,

3  Disney Enterprises, Inc., Warner Bros. Entertainment Inc. and DC Comics hereby

4  demand a trial by jury of all issues so triable.

5  DATED: September 29, 2009     J. Andrew Coombs, A Professional Corp.

6

7

8                 By:   J. Andrew Coombs
                     Nicole L. Drey

9                 Attorneys for Plaintiffs Sanrio, Inc., Disney
                 Enterprises, Inc., Warner Bros. Entertainment

10               Inc. and DC Comics

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## EXHIBIT A

## SANRIO CO.'S COPYRIGHTED DESIGNS

| Copyright Registration | Title of Work (Character) | Type of Work |
|---|---|---|
| VA 1 296 115 | 2004 – 100 Characters | Graphic Artwork |
| VA 811 440 | Bad Badtz Maru | Graphic Artwork |
| VAu 498 617 | Chococat | Art original |
| VA 130 420 | Hello Kitty | Graphic Artwork |
| VA 636 579 | KeroKeroKeroppi | Sticker Book |
| VA 246 421 | Little Twin Stars | Stickers |
| VA 840 495 | Monkichi | Graphic Artwork |
| VA 130 419 | My Melody | Graphic Artwork |
| VA 130 421 | Patty & Jimmy | Graphic Artwork |
| VA 636 582 | Pekkle | Graphic Artwork |
| VA 840 496 | Picke Bicke | Graphic Artwork |
| VA 636 580 | Pochacco | Sticker Book |
| VA 148 625 | Tuxedo Sam | Stickers |
| VA 840 494 | Winkipinki | Graphic Artwork |
| VA 636-581 | Zashikibuta | Stickers |

# EXHIBIT B

# SANRIO'S TRADEMARKS

| Trademark | Mark Drawing Code | Trademark Registration No. | Trademark Registration Date |
|---|---|---|---|
| Chococat | Design Plus Words, Letters, and/or Numbers | 2,842,707 | 5/18/04 |
| Chococat | Design Plus Words, Letters, and/or Numbers | 2,707,592 | 4/15/03 |
| Chococat | Design Plus Words, Letters, and/or Numbers | 2,705,164 | 4/8/03 |
| Chococat | Design Plus Words, Letters, and/or Numbers | 2,714,130 | 5/6/03 |
| Chococat | Design Plus Words, Letters, and/or Numbers | 2,952,043 | 5/17/05 |
| Chococat | Design Plus Words, Letters, and/or Numbers | 2,845,315 | 5/25/04 |
| Hello Kitty | Design Only | 1,200,083 | 7/6/82 |
| Hello Kitty | Design Only | 1,277,721 | 5/15/84 |
| Hello Kitty | Typed Drawing | 1,215,436 | 11/9/82 |
| Hello Kitty | Typed Drawing | 1,279,486 | 5/29/84 |
| Hello Kitty | Typed Drawing | 1,391,550 | 4/29/86 |
| Hello Kitty | Design Only | 1,370,105 | 11/12/85 |
| Keroppi | Standard Character Mark | 3,531,383 | 11/11/08 |
| Keroppi | Standard Character Mark | 3,181,350 | 12/5/06 |
| Keroppi | Standard Character Mark | 3,531,382 | 11/11/08 |
| Keroppi | Standard Character Mark | 3,181,349 | 12/5/06 |
| Keroppi | Standard Character Mark | 3,436,548 | 5/27/08 |
| Keroppi | Standard Character Mark | 3,181,348 | 12/5/06 |

| | | | |
|---|---|---|---|
| Keroppi | Standard Character Mark | 3,181,347 | 12/5/06 |
| Keroppi | Standard Character Mark | 3,449,938 | 6/17/08 |
| Keroppi | Standard Character Mark | 3,531,381 | 11/11/08 |
| Keroppi | Standard Character Mark | 3,531,380 | 11/11/08 |
| Keroppi | Standard Character Mark | 3,181,346 | 12/5/06 |
| Keroppi | Standard Character Mark | 3,423,288 | 5/6/08 |
| Keroppi | Standard Character Mark | 3,181,345 | 12/5/06 |
| Little Twin Stars | Typed Drawing | 1,341,864 | 6/18/85 |
| Little Twin Stars | Typed Drawing | 1,192,946 | 4/6/82 |
| Little Twin Stars | Standard Character Mark | 3,245,999 | 5/29/07 |
| Little Twin Stars | Standard Character Mark | 3,245,998 | 5/29/07 |
| Little Twin Stars | Standard Character Mark | 3,245,997 | 5/29/07 |
| Little Twin Stars | Standard Character Mark | 3,245,994 | 5/29/07 |
| Little Twin Stars | Standard Character Mark | 3,245,993 | 5/29/07 |
| Little Twin Stars | Standard Character Mark | 3,245,992 | 5/29/07 |
| Little Twin Stars | Standard Character Mark | 3,245,991 | 5/29/07 |
| Monkichi | Standard Character Mark | Serial Number 77,154,633 | n/a |
| Monkichi | Standard Character Mark | Serial Number 77,154,635 | n/a |
| My Melody | Typed Drawing | 1,305,637 | 11/20/84 |
| My Melody | Typed Drawing | 1,210,192 | 9/28/82 |
| Pekkle | Typed Drawing | 2,327,584 | 3/14/00 |
| Pekkle | Typed Drawing | 2,053,346 | 4/15/97 |

| Pochacco | Typed Drawing | 2,236,507 | 4/6/99 |
|----------|---------------|-----------|--------|
| Pochacco | Typed Drawing | 1,985,358 | 7/9/96 |
| Sanrio | Design Plus Words, Letters, and/or Numbers | 2,506,705 | 11/13/01 |
| Sanrio | Typed Drawing | 2,506,577 | 11/13/01 |
| Sanrio | Design Plus Words, Letters, and/or Numbers | 2,721,680 | 6/3/03 |
| Sanrio | Design Plus Words, Letters, and/or Numbers | 2,742,381 | 7/29/03 |
| Sanrio | Design Plus Words, Letters, and/or Numbers | 2,721,679 | 6/3/03 |
| Sanrio | Design Plus Words, Letters, and/or Numbers | 2,693,639 | 3/4/03 |
| Sanrio | Design Plus Words, Letters, and/or Numbers | 2,696,063 | 3/11/03 |

# EXHIBIT C

## DISNEY'S COPYRIGHTED DESIGNS

| Copyright Registration | Title of Work (Character) | Type of Work |
|---|---|---|
| VA 58 937 | Mickey - 1 (Mickey Mouse) | Model Sheet |
| VA 58 938 | Minnie - 1 (Minnie Mouse) | Model Sheet |
| Gp 80 184 | Donald Duck | Publications Model Sheet |
| VA 58 933 | Daisy - 1 (Daisy Duck) | Model Sheet |
| VA 58 936 | Goofy -1 (Goofy) | Model Sheet |
| Gp 80 192 | Pluto | Publications Model Sheet |
| VAu 64 814 | Baby Mickey | Model Sheet |
| VAu 64 814 | Baby Minnie | Model Sheet |
| VAu 73 216 | Baby Donald Duck | Model Sheet |
| VAu 73 217 | Baby Daisy Duck | Model Sheet |
| VAu 83 225 | Baby Goofy | Model Sheet |
| VAu 73 219 | Baby Pluto | Model Sheet |
| R 48 971 | Disney's Uncle Scrooge in Only a Poor Old Man | Comic Strip |
| RE 424 728 | Walt Disney's Ludwig von Drake | Comic Strip |
| Gp 105 126 | Horace Horsecollar | Model Sheet |
| R 567 615 | Chip | Model Sheet |
| R 567 614 | Dale | Model Sheet |
| VA 184 345 | Huey, Dewey & Louie -1 | Model Sheet |
| Gp 105 128 | Clarabelle Cow | Model Sheet |
| RE 636 587 | **Winnie the Pooh and the Honey Tree** | Motion Picture |
| RE 718 378 | **Winnie the Pooh and the Blustery Day** | Motion Picture |
| VA 58 940 | Pooh - 1 (Winnie the Pooh) | Model Sheet |
| Gp 81 528 | Rabbit | Publications Model Sheet |
| Gp 81 528 | Owl | Publications Model Sheet |
| Gp 85 651 | Kanga and Roo | Publications Model Sheet |
| Gp 81 528 | Eeyore | Publications Model Sheet |
| Gp 81 528 | Piglet | Publications Model Sheet |
| Gp 81 528 | Gopher | Publications Model Sheet |
| Gp 81 527 | Tigger | Publications Model Sheet |
| R 354 235 | **Snow White and the Seven Dwarfs** | Motion Picture |
| R 346 870 | Bashful | Drawings |
| R 346 869 | Doc | Drawings |
| R 346 875 | Dopey | Drawings |

| | | |
|---|---|---|
| R 346 876 | Grumpy | Drawings |
| R 346 871 | Happy | Drawings |
| R 346 874 | Sleepy | Drawings |
| R 346 873 | Sneezy | Drawings |
| R 346 872 | Snow White | Drawings |
| R 346 868 | Snow White "Witch" | Drawings |
| R 406 910 | **Pinocchio** | Motion Picture |
| Gp 80 186 | Pinocchio | Publications Model Sheet |
| Gp 80 188 | Jiminy Cricket | Publications Model Sheet |
| R 427 860 | **Fantasia** | Motion Picture |
| R 433 627 | **The Reluctant Dragon** | Motion Picture |
| R 442 538 | **Dumbo** | Motion Picture |
| R 428 428 | Dumbo Suggestions for Dumbo | Drawing |
| R 428 420 | Mother Elephant Suggestions for "Dumbo" | Drawing |
| R 428 430 | Dumbo Ringmaster Suggestions 1348 | Drawing |
| R 428 427 | Dumbo - Stork Suggestions | Drawing |
| R 428 426 | Timothy Mouse Suggestions | Drawing |
| R 428 432 | Dumbo "Miscellaneous Crows" - 2006 | Drawing |
| R 458 260 | **Bambi** | Motion Picture |
| R 433 645 | Bambi - Bambi | Drawing |
| R 433 630 | Bambi - Final Thumper Model - 2002 | Drawing |
| R 433 631 | Bambi - Skunk Model - 2002 | Drawing |
| R 433 636 | Bambi - Owl and Stag Models | Drawing |
| R 433 632 | Faline "Adolescent Age" | Drawing |
| R 433 633 | Bambi's Mother | Drawing |
| R 467 541 | **Saludos Amigos** | Motion Picture |
| R 464 785 | Joe Carioca | Drawing |
| R 516 560 | **The Three Caballeros** | Motion Picture |
| R 550 316 | **Make Mine Music** | Motion Picture |
| R 557 922 | **Song of the South** | Motion Picture |
| R 548 629 | Brer Rabbit | Drawing |
| R 548 626 | Brer Bear | Drawing |
| R 577 489 | **Fun and Fancy Free** | Motion Picture |
| R 605 180 | **Melody Time** | Motion Picture |
| R 636 303 | **The Adventures of Ichabod & Mr. Toad** | Motion Picture |
| R 648 396 | **Cinderella** | Motion Picture |
| R 632 319 | Cinderella | Copyright Booklet |
| R 632 319 | Drizella | Copyright Booklet |
| R 632 319 | Anastasia | Copyright Booklet |
| R 632 319 | Stepmother | Copyright Booklet |
| R 632 319 | Fairy Godmother | Copyright Booklet |
| R 632 319 | Prince | Copyright Booklet |
| R 632 319 | Bruno, the Dog | Copyright Booklet |
| R 632 319 | Lucifer, the Cat | Copyright Booklet |
| R 632 319 | Jaq and Gus | Copyright Booklet |
| RE 27 746 | **Alice in Wonderland** | Motion Picture |

| | | |
|---|---|---|
| VA 58 920 | Alice - 1 (Alice) | Model Sheet |
| VA 58 919 | Alice - 2 (The White Rabbit) | Model Sheet |
| VA 58 921 | Alice – 3 (Queen of Hearts) | Model Sheet |
| VA 58 922 | Alice - 4 (Cheshire Cat) | Model Sheet |
| VA 58 923 | Alice - 5 (Caterpillar) | Model Sheet |
| VA 58 924 | Alice - 6 (Tweedledee and Tweedledum) | Model Sheet |
| VA 58 922 | March Hare | Model Sheet |
| VA 58 922 | Mad Hatter | Model Sheet |
| RE 64 027 | **Peter Pan** | Motion Picture |
| RE 66 285 | Peter Pan | Coloring Book |
| RE 66 285 | Tinkerbell | Coloring Book |
| RE 66 285 | Captain Hook | Coloring Book |
| RE 66 285 | Mr. Smee | Coloring Book |
| RE 66 285 | Nana | Coloring Book |
| RE 162 852 | **Lady and the Tramp** | Motion Picture |
| RE 101 764 | Lady | Previews of Pictures |
| RE 101 764 | Tramp | Previews of Pictures |
| RE 296 296 | **Sleeping Beauty** | Motion Picture |
| RE 246 671 | Princess Aurora | Book |
| RE 246 671 | Prince Phillip | Book |
| RE 246 671 | Maleficent/Dragon | Book |
| RE 370 901 | **One Hundred and One Dalmatians** | Motion Picture |
| RE 546 478 | **The Sword in the Stone** | Motion Picture |
| RE 557 357 | Archimedes | Copyright Booklet |
| RE 557 357 | Merlin | Copyright Booklet |
| RE 557 357 | Wart/Arthur | Copyright Booklet |
| RE 557 357 | Madame Mim | Copyright Booklet |
| RE 571 201 | **Mary Poppins** | Motion Picture |
| RE 705 510 | **The Jungle Book** | Motion Picture |
| RE 679 798 | Mowgli | Drawing |
| RE 679 799 | Baloo | Drawing |
| RE 679 795 | Bagheera | Drawing |
| RE 679 805 | King Louie | Drawing |
| RE 679 797 | Kaa | Drawing |
| RE 679 807 | Shere Khan | Drawing |
| Lp 38 283 | **The Aristocats** | Motion Picture |
| Gu 44 754 | O'Malley | Drawing |
| Gu 44 750 | Duchess | Drawing |
| Gu 44 748 | Edgar | Drawing |
| Gu 44 745 | Roquefort | Drawing |
| VA 1-099-033 | Marie Valentine Spring 2002 | Style Guide |
| Lp 39 817 | **Bedknobs and Broomsticks** | Motion Picture |
| Gu 46 904 | Crocky | Drawing |
| Gu 46 908 | Sailor Bear | Drawing |
| Gu 46 906 | Codfish | Drawing |
| Gu 46 917 | Secretary Bird | Drawing |
| LP 42 905 | **Robin Hood** | Motion Picture |

| | | |
|---|---|---|
| Gu 46 582 | Robin Hood | Drawing |
| Gu 46 583 | Little John | Drawing |
| Gu 46 584 | Sir Hiss | Drawing |
| Gu 47 230 | Sheriff of Nottingham | Drawing |
| Gu 47 762 | Friar Tuck | Drawing |
| Gu 46 585 | Prince John | Drawing |
| Gu 50 764 | Maid Marion | Drawing |
| Gu 50 763 | Lady Cluck | Drawing |
| Lp 49 678 | **The Rescuers** | Motion Picture |
| Gp 96 289 | Miss Bianca | Drawing |
| Gp 96 286 | Orville | Drawing |
| Gp 96 288 | Madame Medusa | Drawing |
| Gp 96 287 | Bernard | Drawing |
| Gp 103 814 | Penny | Drawing |
| Gu 57 278 | Rufus | Drawing |
| Gu 56 625 | Evinrude | Drawing |
| PA 1 371 | **Pete's Dragon** | Motion Picture |
| Gp 111 695 | Elliott the Dragon | Drawing |
| PA 125 861 | **The Fox and the Hound** | Motion Picture |
| VAu 10 933 | Todd (Young) | Drawing |
| VAu 10 930 | Copper (Pup) | Drawing |
| VAu 10 936 | Vixey | Drawing |
| VAu 10 928 | Big Mama | Drawing |
| VAu 12 417 | Dinky | Drawing |
| VAu 12 418 | Boomer | Drawing |
| VAu 12 415 | Squeeks | Drawing |
| PA 252 525 | **The Black Cauldron** | Motion Picture |
| VAu 24 517 | Eilonwy | Drawing |
| VAu 29 561 | Fflewddur | Drawing |
| VAu 24 518 | Gurgi | Drawing |
| VAu 24 070 | Hen Wen | Drawing |
| VAu 24 592 | The Horned King | Drawing |
| VAu 24 519 | Taran | Drawing |
| VAu 47 075 | Orddu | Drawing |
| VAu 47 073 | Orgoch | Drawing |
| VAu 47 074 | Orwen | Drawing |
| PA 290 808 | **The Great Mouse Detective** | Motion Picture |
| VAu 76 103 | Basil 185-126 | Model Sheet |
| VAu 76 102 | Dr. Dawson 1284-80 | Model Sheet |
| VAu 81 570 | Olivia | Model Sheet |
| VAu 76 100 | Ratigan 285-166 | Model Sheet |
| VAu 81 572 | Fidget | Model Sheet |
| VAu 81 571 | Flaversham | Model Sheet |
| VAu 86 112 | Felicia - Clean Up Model 0238 | Model Sheet |
| VAu 76 104 | Toby 285-170 | Model Sheet |
| VAu 85 019 | Mrs. Judson | Model Sheet |
| VAu 85 021 | Queen Victoria | Model Sheet |
| VAu 85 022 | Bartholomew | Model Sheet |
| PA 385 556 | **Oliver and Company** | Motion Picture |

| | | |
|---|---|---|
| VAu 104 921 | Dodger Construction Sheets | Model Sheet |
| VAu 104 920 | Einstein Construction Sheets | Model Sheet |
| VAu 104 919 | Frances Construction Sheets | Model Sheet |
| VAu 104 916 | Rita Construction Sheets | Model Sheet |
| VAu 109 377 | Oliver Rough Model | Model Sheet |
| VAu 109 379 | Tito - Ruff Model | Model Sheet |
| VAu 119 949 | How to Draw Georgette | Model Sheet |
| PA 431 543 | **The Little Mermaid** | Motion Picture |
| VAu 123 355 | Ariel 9-9-87 Ruff (Ariel) | Drawings |
| VAu 123 351 | Scuttle | Drawings |
| VAu 123 354 | Ruff Sebastion 9-4-87 (Sebastian) | Drawings |
| VAu 123 348 | Ruff Ursula 9-9-87 (Ursula) | Drawings |
| VAu 123 352 | Prince Eric | Drawings |
| VAu 123 350 | Triton | Drawings |
| VAu 123 353 | Flotsam/Jetsam | Drawings |
| VAu 123 349 | Flounder | Drawings |
| PAu 1 024 341 | **DuckTales** | Motion Picture |
| VAu 101 067 | Launchpad McQuack | Pamphlet of Drawings |
| VAu 101 067 | Webby | Pamphlet of Drawings |
| VAu 101 067 | Doofus | Pamphlet of Drawings |
| VAu 101 067 | Mrs. Beakley | Pamphlet of Drawings |
| VAu 101 067 | Duckworth | Pamphlet of Drawings |
| PA 486 535 | **The Rescuers Down Under** | Motion Picture |
| VAu 161 749 | Cody | Model Sheets |
| VAu 155 884 | Jake (Rough Models) | Model Sheets |
| VAu 155 844 | McLeach (Rough Model) | Model Sheets |
| VAu 170 264 | Marahute (Rough Model) | Model Sheets |
| PA 542 647 | **Beauty and the Beast** | Motion Picture |
| VAu 200 866 | Belle (Beauty and the Beast) | Artwork |
| VAu 210 914 | Beast | Licensing Kit |
| VAu 194 311 | Maurice (Beauty and the Beast) | Artwork |
| VAu 199 855 | Mrs. Potts (Beauty and the Beast) | Artwork |
| VAu 200 868 | Cogsworth (Beauty and the Beast) | Artwork |
| VAu 194 310 | Lumiere (Beauty and the Beast) | Artwork |
| VAu 201 337 | Chip (Beauty and the Beast) | Artwork |
| VAu 194 307 | Gaston (Beauty and the Beast) | Artwork |
| VAu 194 309 | LeFou (Beauty and the Beast) | Artwork |
| VAu 199 856 | Phillipe (Beauty and the Beast) | Artwork |
| VAu 200 869 | Featherduster (Beauty and the Beast) | Artwork |
| PA 583 905 | **Aladdin** | Motion Picture |
| VAu 215 432 | Aladdin - Aladdin | Model Sheet |
| VAu 215 453 | Aladdin - Genie | Model Sheet |
| VAu 215 793 | Aladdin - Abu | Model Sheet |
| VAu 218 349 | Aladdin - Iago | Model Sheet |
| VAu 230 534 | Aladdin - Rasoul | Model Sheet |

| | | |
|---|---|---|
| VAu 218 348 | Aladdin - The Sultan | Model Sheet |
| VAu 230 533 | Aladdin - Jafar | Model Sheet |
| VAu 221 841 | Aladdin - Jasmine | Model Sheet |
| VAu 221 842 | Aladdin - Jafar as Beggar | Model Sheet |
| VAu 232 164 | Aladdin - Narrator | Model Sheet |
| PA 659 979 | **The Lion King** | Motion Picture |
| VAu 246 448 | The Lion King - Mufasa | Model Sheet |
| VAu 245 946 | The Lion King - Sarabi | Model Sheet |
| VAu 246 447 | The Lion King - Simba | Model Sheet |
| VAu 246 440 | The Lion King - Young Simba | Model Sheet |
| VAu 246 438 | The Lion King - Nala | Model Sheet |
| VAu 246 664 | The Lion King - Young Nala | Model Sheet |
| VAu 245 947 | The Lion King - Rafiki | Model Sheet |
| VAu 245 945 | The Lion King - Shenzi, Banzai & Ed | Model Sheet |
| VAu 246 437 | The Lion King - Pumbaa | Model Sheet |
| VAu 245 662 | The Lion King - Timon | Model Sheet |
| VAu 246 446 | The Lion King - Scar | Model Sheet |
| VA 611 201 | Zazu | Licensing Kit |
| PA 720 179 | **Pocahontas** | Motion Picture |
| VAu 262 859 | Pocahontas - Pocahontas Standing | Artwork |
| VAu 261 970 | Pocahontas - Powhatan | Artwork |
| VAu 261 967 | Pocahontas - Percy | Artwork |
| VAu 302 884 | Pocahontas - John Smith | Artwork |
| VAu 302 886 | Pocahontas - Meeko the Raccoon | Artwork |
| VAu 302 883 | Pocahontas - Flit the Hummingbird | Artwork |
| VAu 300 559 | Pocahontas - Ratcliffe | Artwork |
| VAu 302 885 | Pocahontas - Grandmother Willow | Artwork |
| PA 765 713 | **Toy Story** | Motion Picture |
| VAu 337 565 | Toy Story - Woody | Artwork |
| VAu 337 566 | Toy Story - Buzz Lightyear | Artwork |
| VAu 337 567 | Toy Story - Hamm | Artwork |
| VAu 337 568 | Toy Story - Rex | Artwork |
| VAu 337 569 | Toy Story - Bo Peep Lamp and Sheep | Artwork |
| VAu 337 186 | Toy Story - Lenny | Artwork |
| VAu 273 627 | Toy Story - Mom | Artwork |
| VAu 348 598 | Toy Story - Andy | Artwork |
| VAu 348 599 | Toy Story - Hannah | Artwork |
| PA 795 221 | **The Hunchback of Notre Dame** | Motion Picture |
| VAu 336 992 | The Hunchback of Notre Dame - Quasimodo | Model Sheet |
| VAu 332 434 | The Hunchback of Notre Dame - Esmeralda | Model Sheet |
| VAu 336 056 | The Hunchback of Notre Dame - Phoebus | Model Sheet |
| VAu 336 057 | The Hunchback of Notre Dame - Djali | Model Sheet |
| VAu 343 663 | The Hunchback of Notre Dame - Gargoyles | Model Sheets |
| VAu 336 058 | The Hunchback of Notre Dame - Clopin | Model Sheet |
| VAu 336 059 | The Hunchback of Notre Dame - | Model Sheet |

| | Frollo | |
|---|---|---|
| VAu 336 878 | The Hunchback of Notre Dame - Will Doll/Sam Doll | Model Sheet |
| PA 670 961 | **Hercules** | Motion Picture |
| VAu 369 603 | Hercules - Hercules | Model Sheet |
| VAu 369 600 | Hercules - Baby Hercules | Model Sheets |
| VAu 367 973 | Hercules - Meg | Model Sheets |
| VAu 369 605 | Hercules - Pegasus | Model Sheets |
| VAu 369 598 | Hercules - Baby Pegasus | Model Sheets |
| VAu 367 965 | Hercules - Phil | Model Sheets |
| VAu 367 964 | Hercules - Hades | Model Sheets |
| VAu 367 969 | Hercules - Pain | Model Sheets |
| VAu 375 850 | Hercules - Panic | Model Sheets |
| VAu 377 944 | Hercules - Hydra Head | Model Sheet |
| PA 799 025 | **Mulan** | Motion Picture |
| VA 849 510 | Mulan | Style Guide |
| VAu 379 045 | The Legend of Mulan - Mulan | Model Sheets |
| VAu 379 027 | The Legend of Mulan - Mulan as Ping | Model Sheets |
| VAu 379 021 | The Legend of Mulan - Mushu | Model Sheets |
| VAu 379 024 | The Legend of Mulan - Shang | Model Sheets |
| VAu 378 480 | The Legend of Mulan - Kahn | Model Sheets |
| VAu 381 069 | The Legend of Mulan - Cricket | Model Sheets |
| PA 901 890 | **A Bug's Life*** | Motion Picture |
| VA 875 986 | A Bug's Life* | Style Guide |
| VAu 399 357 | Flik* | Model Sheets |
| VAu 399 356 | Hopper* | Model Sheets |
| VAu 399 351 | Atta* | Model Sheets |
| VAu 399 349 | Dot* | Model Sheets |
| VAu 399 343 | Dim* | Model Sheets |
| VAu 399 352 | Tuck & Roll* | Model Sheets |
| VAu 399 350 | Francis* | Model Sheets |
| VAu 399 348 | Heimlich* | Model Sheets |
| VAu 399 353 | Slim* | Model Sheets |
| VAu 399 342 | Rosie* | Model Sheets |
| VAu 399 346 | P.T. Flea* | Model Sheets |
| VAu 399 345 | Manny* | Model Sheets |
| VAu 399 344 | Gypsy* | Model Sheets |
| VAu 399 347 | Thumper* | Model Sheets |
| VAu 399 354 | Molt* | Model Sheets |
| VAu 399 355 | Queen* | Model Sheets |
| PA 959 870 | **Toy Story 2*** | Motion Picture |
| VAu 414 563 | Toy Story 2 - Al's Car* | Model Sheet |
| VAu 405 573 | Toy Story 2 - Bullseye* | Model Sheet |
| VAu 406 700 | Toy Story 2 - Coffee Table* | Model Sheet |
| VAu 407 195 | Toy Story 2 - Cushy Chair* | Model Sheet |
| VAu 405 571 | Toy Story 2 - Emporer Zurg* | Model Sheet |
| VAu 405 572 | Toy Story 2 - Jessie* | Model Sheet |
| VAu 405 197 | Toy Story 2 - L'il Yuppie* | Model Sheet |
| VAu 405 574 | Toy Story 2 - Prospector* | Model Sheet |
| VAu 407 196 | Toy Story 2 - Wood Chair* | Model Sheet |

| VA960 902 | Toy Story 2 - Style Guide* | Style Guide |
|---|---|---|
| PA 974 011 | **Dinosaur** | Motion Picture |
| VAu 486 473 | Aladar | Model Sheet |
| VAu 486 477 | Baylene | Model Sheet |
| VAu 486 476 | Bruton | Model Sheet |
| VAu 486 478 | Eema | Model Sheet |
| VAu 486 475 | Kron | Model Sheet |
| VAu 486 474 | Neera | Model Sheet |
| VAu 486 472 | Plio | Model Sheet |
| VAu 486 479 | Suri | Model Sheet |
| VAu 486 471 | Yar | Model Sheet |
| VA 996 530 | Dinosaur - Phase I | Style Guide |
| VA 992 942 | Dinosaur - Phase II | Style Guide |
| PA 940 885 | **The Emperor's New Groove** | Motion Picture |
| VA 999 573 | Emporer's New Groove | Style Guide |
| VAu 479 682 | Kronk | Model Sheet |
| VAu 479 685 | Kuzco | Model Sheet |
| VAu 479 683 | Kuzco Llama | Model Sheet |
| VAu 479 684 | Pacha | Model Sheet |
| VAu 479 681 | Yzma | Model Sheet |
| PA 1-250-536 | **The Incredibles** | Motion Picture |
| VA 1-242-351 | The Incredibles | Style Guide |
| PA 1-322-908 | **Cars** | Motion Picture |
| VA 1-326-323 | Cars – Style Guide | Style Guide |
| VA 1-403-647 | Hannah Montana – Branding Guide | Style Guide |
| PA 659-601 | **Tim Burton's The Nightmare Before Christmas** | Motion Picture |
| PA 1-313-530 | **High School Musical** | Motion Picture |
| VA 1-405-082 | High School Musical – Branding Guide | Style Guide |
| PA 1-627-575 | **Hannah Montana the Movie** | Motion Picture |
| PA 1-635-067 | **Up** | Motion Picture |
| PA 1-641-991 | **G-Force** | Motion Picture |
| PA 1-606-305 | **Wall-E** | Motion Picture |
| VA 1-663-815 | Wall-E – Branding and Supplement Style Guide RSM 2008 | Style Guide |
| PA 1-598-561 | **High School Musical 2** | Motion Picture |
| VA 1-651-813 | High School Musical 2 – Summer 2008 Style Guide Supplement | Style Guide |
| PA 1-613-593 | **High School Musical 3: Senior Year** | Motion Picture |
| VA 1-655-713 | Beverly Hills Chihuahua | One Sheet |
| PA 1-611-956 | **Beverly Hills Chihuahua** | Motion Picture |
| Pau 2-921-728 | Little Mermaid III: Ariel's Beginning | Screenplay |
| VA 515-038 | Little Mermaid III: Ariel's Beginning | Comic Book |
| PA 1-623-231 | **Bedtime Stories** | Motion Picture |
| PA 1-588-972 | **Underdog** | Motion Picture |
| PA 1-595-126 | **Enchanted** | Motion Picture |
| PA 1-332-118 | **Meet the Robinsons** | Motion Picture |
| VA 1-358-218 | Meet the Robinsons—Style Guide | Style Guide |
| PA 1-122-518 | **Cinderella II : Dreams come true /** | Motion Picture |

| | produced by Walt Disney Television Animation ; directed by John Kafka | |
|---|---|---|
| PA 1-612-331 | Cinderella III: A Twist in Time | Motion Picture |
| PA 1-611-943 | Tinker Bell | Motion Picture |
| PA 1-617-950 | Bolt | Motion Picture |
| VA 1-663-828 | Bolt – Fall/Winter Style Guide 2008 | Style Guide |

**EXHIBIT D**

**DISNEY'S TRADEMARKS**

| Trademark | Mark Drawing Code | Trademark Registration No. | Trademark Registration Date |
|---|---|---|---|
| Mickey Mouse | Typed Drawing | 78,976,959 | n/a |
| Mickey Mouse | Standard Character Mark | Serial Number 77,130,011 | n/a |
| Mickey Mouse | Typed Drawing | 3,006,349 | 10/11/05 |
| Mickey Mouse | Typed Drawing | 315,056 | 7/17/34 |
| Mickey Mouse | Standard Character Mark | 77,130,201 | n/a |
| Mickey Mouse | Typed Drawing | 1,115,389 | 4/28/81 |
| Mickey Mouse | Typed Drawing | 1,152,389 | 4/28/81 |
| Mickey Mouse | Design Only | 2,704,887 | 4/8/03 |
| Mickey Mouse Head Device | Design Only | 2,781,693 (Serial Number 78637100) | 11/11/03 |
| Minnie Mouse | Typed Drawing | 3,102,338 | 6/06/06 |
| Minnie Mouse | Design Only | 2,700,619 | 3/25/03 |
| Minnie Mouse | Standard Character Mark | Serial Number 77130173 | n/a |
| Minnie Mouse | Standard Character Mark | Serial Number 77099715 | n/a |
| Minnie Mouse | Typed Drawing | Serial Number 78159805 | n/a |
| Pluto | Typed Drawing | 1,152,383 | 4/28/81 |
| Pluto | Design Only | 2,707,323 | 4/15/03 |
| Goofy | Typed Drawing | 1,159,124 | 6/30/81 |
| Goofy | Design Only | 2,721,608 | 6/3/03 |

| Donald Duck | Typed Drawing | 1,161,868 | 7/21/81 |
|---|---|---|---|
| Donald Duck | Design Only | 2,700,620 | 3/25/03 |
| Donald Duck | Typed Drawing | 3,120,077 | 9/26/06 |
| Daisy Duck | Design Only | 2,704,890 | 4/8/03 |
| Disney | Typed Drawing | 1,162,727 | 7/28/81 |
| Disney | Typed Drawing | 1,838,246 (Serial Number 78163606) | 5/31/94 |
| Disney Princess | Standard Character Mark | 1,037,788 (Serial Number 78743842) | 4/13/76 |
| Walt Disney | Typed Drawing | 1,141,312 | 11/11/80 |
| Walt Disney Signature | Standard Character Mark | 1,162,727 (Serial Number 78864123) | 7/28/81 |
| Winnie the Pooh | Typed Drawing | 3,024,287 | 12/6/05 |
| Pooh | Design Only | 2,704,888 | 4/8/03 |
| Pooh | Typed Drawing | 2,623,099 (Serial Number 78159758) | 9/24/02 |
| Piglet | Design Only | 2,700,618 | 3/25/03 |
| Tigger | Design Only | 2,860,445 | 7/6/04 |
| Eeyore | Design Only | Serial Number 76587948 | n/a |
| Eeyore | Typed Drawing | Serial Number 78159727 | n/a |
| Walt Disney's Cinderella | Design Plus Words, Letters, and/or Numbers | 3,057,988 | 2/7/06 |
| Walt Disney's Snow White & the Seven Dwarfs | Design Plus Words, Letters, and/or Numbers | 2,891,463 | 10/5/04 |
| Walt Disney's Sleeping Beauty | Design Plus Words, Letters, and/or Numbers | 2,895,966 | 10/19/04 |
| Sleeping Beauty | Standard Character Mark | Serial Number 77,173,609 | n/a |

| | | | |
|---|---|---|---|
| Peter Pan | Standard Character Mark | Serial Number 78911868 | n/a |
| Walt Disney's Peter Pan | Design Plus Words, Letters, and/or Numbers | 2895967 | 10/19/04 |
| Tinker Bell | Standard Character Mark | Serial Number 78911784 | n/a |
| Tinker Bell | Standard Character Mark | Serial Number 78911879 | n/a |
| Tinker Bell | Design Only | Serial Number 78956939 | n/a |
| Tink | Typed Drawing | Serial Number 76099680 | n/a |
| Hannah Montana | Standard Character Mark | 3,478,026 | 7/29/08 |
| Hannah Montana | Standard Character Mark | 3,413,555 | 4/15/08 |
| Hannah Montana | Standard Character Mark | 3,473,757 | 7/22/08 |
| Hannah Montana | Standard Character Mark | 3,413,552 | 4/15/08 |
| Lilo & Stitch | Typed Drawing | 2,811,097 | 3/29/01 |
| Pinocchio | Design Plus Words, Letters, and/or Numbers | 2,920,964 | 1/25/05 |
| Cars | Design Plus Words, Letters, and/or Numbers | 3358115 | 12/18/07 |
| Cars | Design Plus Words, Letters, and/or Numbers | 3178664 | 11/28/06 |
| Lightning McQueen | Standard Character Mark | 3370157 | 1/15/08 |
| Mater | Standard Character Mark | 3406600 | 4/1/08 |
| Rust-Eze | Standard Character Mark | 3294617 | 9/18/07 |
| Doc Hudson | Standard Character Mark | 3321900 | 10/23/07 |
| Toy Story | Typed Drawing | 2,520,404 | 12/18/01 |
| Ariel | Standard Character Mark | Serial Number 77,130,150 | n/a |
| Beauty and the Beast | Typed Drawing | 2,961,693 | 6/14/05 |

| Princess Jasmine | Standard Character Mark | Serial Number 77,098,469 | n/a |
|---|---|---|---|
| High School Musical | Standard Character Mark | 3,506,572 | 9/23/08 |
| High School Musical | Standard Character Mark | 3,433,096 | 5/20/08 |
| High School Musical | Standard Character Mark | 3,420,394 | 10/24/06 |
| Meet the Robinsons | Standard Character Mark | 3,420,082 | 4/29/08 |
| Meet the Robinsons | Standard Character Mark | 3,354,473 | 12/7/07 |
| The Cheetah Girls | Standard Character Mark | 3,252,269 | 6/12/07 |
| Walt Disney Pictures Presents The Wild | Standard Character Mark | 3,389,689 | 2/26/08 |
| Disney Bolt | Standard Character Mark | 3,648,251 | 6/30/09 |
| Disney Bolt | Standard Character Mark | 3,604,222 | 4/7/09 |
| Wall-E | Standard Character Mark | 3,686,824 | 9/22/09 |
| Wall-E | Standard Character Mark | 3,528,986 | 11/4/08 |

## EXHIBIT E

## WARNER BROS.' COPYRIGHTED DESIGNS

| Copyright Registration | Title Of Work (Character) | Type of Work |
|---|---|---|
| VA32-457 | Tasmanian Devil | Drawing |
| VA31-867 | Sylvester | Stuffed, plush |
| VA31-868 | Bugs Bunny | Stuffed, plush |
| VA31-869 | Tweety | Stuffed, plush |
| VA31-870 | Wile E. Coyote | Stuffed, plush |
| TXU 550963 | Bugs Bunny (1992) | Style Guide |
| TXU 550472 | Sylvester (1992) | Style Guide |
| TXU 550958 | Sylvester Jr. (1992) | Style Guide |
| TXU 550444 | Taz-Mania (1991) | Style Guide |
| TXU 550812 | Tweety (1992) | Style Guide |
| TXU 550953 | Wile E. Coyote (1992) | Style Guide |
| TXU 550962 | Yosemite Sam (1992) | Style Guide |
| TXU 550471 | Acme Road Gear (1992) | Style Guide |
| TXU-550463 | Daffy Duck (1992) | Style Guide |
| TXU 550960 | Elmer Fudd (1992) | Style Guide |
| TXU 550470 | Looney Tunes Guidelines (1992) | Style Guide |
| TXU 550961 | Marc Antony & Pussyfoot (1992) | Style Guide |
| TXU 550959 | Marvin The Martian (1992) | Style Guide |
| TXU 550957 | Pepe Le Pew & Penelope (1992) | Style Guide |

| | | |
|---|---|---|
| TXU 551162 | Porky Pig & Petunia Pig (1992) | Style Guide |
| TXU 550955 | Road Runner (1992) | Style Guide |
| TXU 550964 | Speedy Gonzales (1992) | Style Guide |
| TXU 557335 | Tasmanian Devil (1992) | Style Guide |
| TXU 568671 | The Warner Brothers (1992) | Style Guide |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT F

## WARNER BROS. TRADEMARKS

| Trademark Name | Registration No | Reg. Date |
|---|---|---|
| BUGS BUNNY | 950381 | January 9, 1973 |
| BUGS BUNNY | 2046053 | March 18, 1997 |
| DAFFY DUCK | 1998415 | September 3, 1996 |
| ELMER FUDD | 1997173 | August 27, 1996 |
| LOONEY TUNES | 1574797 | January 2, 1990 |
| PORKY PIG | 2062712 | May 20, 1997 |
| ROAD RUNNER | 2000037 | September 10, 1996 |
| TASMANIAN DEVIL | 2033589 | January 28, 1997 |
| TWEETY | 1997174 | August 27, 1996 |

## EXHIBIT G

## DC COMICS' COPYRIGHTED DESIGNS

| Copyright Registration | Title of Work (Character) | Type of Work |
|---|---|---|
| Txu 1-080-661 | DC Comics Anti-Piracy Guide<br>Batman<br>Robin<br>Superman<br>Wonderwoman<br>Supergirl<br>Justice League | Style Guide |
| RE-627-502 | Superman | Prints and pictorial illustrations |
| TX 5-581-762 | Superman | Monthly Publication |
| TX 3-221-758 | Superman | Style Guide |
| RE-33-050 | Superman; comic strip | Periodicals |
| RE-143-861 | Superman wrist watches; | Prints and pictorial illustrations |
| RE-185-226 | Superman--America's greatest adventure character | Books |
| VA-1-258-002 | Superman 2004 | calendar |
| RE-628-242 | Batman No. 170, Mar. 1965 | Periodicals |
| TX 5-593-461 | Batman | Monthly Publication |
| RE-628-244 | Detective Comics No. 337, Mar. 1965 | Periodicals |
| TX-3-402-770 | DC Comics presents Batman 3 D | visual arts |
| TX-4-183-766 | Batman: the terror of two-face | nondramatic literary works, computer programs |
| TX-5-871-232 | The DC Comics guide to writing comics | nondramatic literary works, computer programs |
| TXu-532-372 | DC Comics style guide. | visual arts |
| VA-776-450 | DC Comics Super Heros | visual arts |
| VA-777-441 | DC Comics Super Heroes Paint 'n' Marker book | visual arts |
| VA-777-593 | DC Comics Super Heroes: a giant coloring book. | visual arts |
| VA-795-718 | DC Comics super heroes sticker fun. | visual arts |
| VA-838-902 | DC Comics Super Heroes. | visual arts |
| VA-854-405 | DC Comics Super Heroes, gallery of heroes | visual arts |
| TX-5-060-774 | Batman & Demon | nondramatic literary works, computer programs |
| VA-839-545 | Batman & Mr. Freeze: SubZero--chill out | visual arts |
| PAu-1-865-982 | Batman 3: the final battle | Screenplay |

| | | |
|---|---|---|
| TX-5-626-631 | Batman year two: fear the reaper | nondramatic literary works, computer programs |
| TXu-838-199 | Knight Force Batman | Style Guide |

1

2

## EXHIBIT H

## DC COMICS' TRADEMARKS

| Trademark | Trademark Registration No. | Trademark Registration Date |
|---|---|---|
| Batman | 839561 (Serial Number 72256580) | November 28, 1967 |
| Batman | 1221720 (Serial Number 73363779) | December 28, 1982 |
| Batman | 1,587,507 | March 20, 1990 |
| Batman & Rep. | 382,770 (Serial Number 71430950) | November 12, 1940 |
| Batman & Rep. | 804709 (Serial Number 72218464) | March 1, 1966 |
| Batman & Robin | 2,171,937 | July 7, 1998 |
| Batman & Robin | 2404483 (Serial Number 75301608) | November 14, 2000 |
| Batman Beyond | 2,762,067 | September 9, 2003 |
| The Batman Rep. | 378,913 (Serial Number 71425642) | June 25, 1940 |
| Catwoman | 1565883 (Serial Number 73776479) | November 14, 1989 |
| Catwoman | 3,181,586 | December 5, 2006 |
| Daily Planet | 3,018,523 | November 22, 2005 |
| Jimmy Olsen | 1190637 (Serial Number 73190491) | February 23, 1982 |
| Justice League | 1503856 (Serial Number 73684246) | September 13, 1988 |
| Justice League of America | 1190681 (Serial Number 73294239) | February 23, 1982 |
| Krypto | 1168306 (Serial Number 73213453) | September 8, 1981 |
| Lex Luthor | 1634007 (Serial Number 73813018) | February 5, 1991 |
| Lois Lane | 1184702 (Serial Number 73190489) | January 5, 1982 |
| Perry White | 1184703 (Serial Number 73190490) | January 5, 1982 |
| Robin | 1930901 (Serial Number 74521173) | October 31, 1995 |
| S Logo | 1173150 (Serial Number 73173809) | October 13, 1981 |
| S Logo | 1,197,814 | June 15, 1982 |
| S Logo | 2,226,415 | February 23, 1999 |

| | | |
|---|---|---|
| Superman | 1,175,907 | November 3, 1981 |
| Superman | 1,180,068 (Serial Number 73231845) | December 1, 1981 |
| Superman | 1,185,526 | January 12, 1982 |
| Superman | 1209668 (Serial Number 73231897) | September 21, 1982 |
| Superman | 1221718 (Serial Number 73363768) | December 28, 1982 |
| Superman in Telescopic | 1,200,394 | July 6, 1982 |
| Superman in Telescopic | 371,803 (Serial Number 71410024) | October 10, 1939 |
| Superman in Telescopic | 1200394 (Serial Number 73231898) | July 6, 1982 |
| Superman in Telescopic | 2226026 (Serial Number 75432535) | February 23, 1999 |
| Superman in Telescopic & Superman w/ Chains Rep. | 391,821 (Serial Number 71444138) | November 25, 1941 |
| Superman Rep. (Flying Figure) | 1200387 (Serial Number 73231895) | July 6, 1982 |
| Superman Rep. (Running) | 1178048 (Serial Number 73231822) | November 17, 1981 |
| Superman Rep. (Running) | 1182041 (Serial Number 73231823) | December 15, 1981 |
| Superman Rep. (Standing Clenched Fists) | 1,200,233 | July 6, 1982 |
| The Dark Knight | Serial Number 77329797 | N/A |
| Wonder Woman | 820334 (Serial Number 72237867) | December 13, 1966 |
| Wonder Woman | 1221717 (Serial Number 73363767) | December 28, 1982 |

J. Andrew Coombs (SBN 123881)
Nicole L. Drey (SBN 250235)
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Ave., Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

COPY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sanrio, Inc., Disney Enterprises, Inc., Warner Bros. Entertainment Inc. and DC Comics,<br><br>PLAINTIFF(S)<br><br>v.<br><br>World Wide Watches, Inc., Ajaz Ramzan a/k/a Ajaz Razman, Shaheroz Peredina a/k/a Shaeroz Ramzan, and Does 1-10, inclusive,<br><br>DEFENDANT(S). | **CASE NUMBER**<br><br>CV09 07116MRP (SSx)<br><br><br>**SUMMONS** |

TO:    THE ABOVE-NAMED DEFENDANT(S):

YOU ARE HEREBY SUMMONED and required to file with this court and serve upon plaintiff's attorney
J. Andrew Coombs
_____, whose address is:

J. Andrew Coombs, A Prof. Corp.
517 East Wilson Ave., Suite 202
Glendale, California 91206

an answer to the ☒ complaint ☐_____amended complaint ☐ counterclaim ☐ cross-claim
which is herewith served upon you within __20__ days after service of this Summons upon you, exclusive
of the day of service. If you fail to do so, judgement by default will be taken against you for the relief
demanded in the complaint.

Clerk, U.S. District Court

Dated: _____SEP 3 0 2009_____          By: ___CHRISTOPHER POWERS___
                                                          Deputy Clerk

                                              (Seal of the Court)

SEAL